UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

        NO. CIV. S-11-293 LKK/EFB

    Plaintiff,

  v.

AMERICAN BROKERS CONDUIT,        O R D E R
et al.,

    Defendants.
_____/

    Pending before the court in the above-captioned case are motions to dismiss by defendants. (Doc. Nos. 12, 15). The court does not find oral argument necessary in this matter. Accordingly, the hearings on the above motions currently set for May 9, 2011 and May 23, 2011 are VACATED. Deadlines for filing oppositions or statements of non-opposition and reply memoranda, if any, remain unchanged.

    IT IS SO ORDERED.

    DATED: April 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT