UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

                              NO. CIV. S-11-293 LKK/EFB

        Plaintiff,

    v.

AMERICAN BROKERS CONDUIT,              O R D E R
et al.,

        Defendants.

                              /

    On April 28, 2011, the court vacated hearings on defendants American Home Mortgage Servicing, Inc., Power Default Services, Inc., and Deutsche Bank National Trust Company's motion to dismiss, which was originally set for May 9, 2011, and defendant LSI Title Company's motion to dismiss, which was originally set for May 23, 2011. The court did not alter the deadlines for filing briefs and, thus, briefing on these motions was complete on May 16, 2011.

    On June 1, 2011, defendant T.D. Service Company filed a motion to dismiss, which is set to be heard on August 1, 2011. If this motion remains on the August 1, 2011 calendar, briefing will not be

1

1 complete until July 25, 2011. It is the court's preference to
2 decide the motions to dismiss together, yet it finds a delay
3 through the end of July to be inappropriate. The court further
4 determines that, like the previously filed motions, oral argument
5 is not necessary for T.D. Service Company's motion to dismiss.
6     For the foregoing reasons, the court ORDERS as follows:
7     (1)  Hearing on defendant T.D. Service Company's motion to
8         dismiss (Doc. No. 37) is VACATED.
9     (2)  Plaintiff's opposition or statement of non-opposition to
10         defendant T.D. Service Company's motion SHALL BE FILED on
11         or before June 17, 2011.
12     (3)  Defendant T.D. Service Company's reply may be filed on or
13         before June 24, 2011.
14 IT IS SO ORDERED.
15 DATED:  June 3, 2011.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT