UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

                                        NO. CIV. S-11-293 LKK/EFB

      Plaintiff,

  v.

AMERICAN BROKERS CONDUIT,                  <u>O R D E R</u>
et al.,

      Defendants.

                            /

On February 15, 2012, the parties in the above-captioned matter filed a joint stipulation to modify the status (pre-trial scheduling) order to continue the trial date to January 2014 and extend all other applicable deadlines. Joint Stip., ECF No. 48.

Having considered the parties' stipulation and good cause appearing, the status (pre-trial scheduling) order dated May 6, 2011, ECF No. 27 (Order), is hereby modified as follows: (1) the new trial date is set for January 28, 2014 at 10:30 A.M.; (2) the final pre-trial conference is set for October 28, 2013 at 1:30 P.M; (3) the motion (non-discovery) cut-off is July 26, 2013; (4) the

1

1  discovery motion cut-off is April 26, 2013; and (5) the discovery
2  cut-off is May 26, 2013.
3       IT IS SO ORDERED.
4       DATED:  March 12, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2