UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG OHLENDORF,

                                      NO. CIV. S-11-293 LKK/EFB

      Plaintiff,

  v.

AMERICAN BROKERS CONDUIT,               O R D E R
et al.,

      Defendants.
_____/

On March 12, 2012, Plaintiff Craig E. Ohlendorf filed a request with the court to "approve the substitution of himself in pro per as attorney of record in place and stead of Holly S. Burgess." Pl's Req., ECF No. 50. Plaintiff provides his personal address in the request, and the request is signed by Plaintiff Craig E. Ohlendorf, as well as attorneys of record for Plaintiff, Holly S. Burgess and Agnieszka R. Bielecka. Id. at 2.

However, pursuant to Local Rule 182(d):

> [A]n attorney who has appeared may not withdraw leaving the client in propia persona without leave of court upon noticed motion and notice to the

1

1 client and all other parties who have appeared.
The attorney shall provide an affidavit stating the
2 current or last known address or addresses of the
client and the efforts made to notify the client of
3 the motion to withdraw.  Withdrawal as attorney is
governed by the Rules of Professional Conduct of
4 the State Bar of California, and the attorney shall
conform to the requirements of those Rules.  The
5 authority and duty of the attorney of record shall
continue until relieved by order of the Court
6 issued hereunder.  Leave to withdraw may be granted
subject to such appropriate conditions as the Court
7 deems fit.

8 L.R. 182(d).

9   Accordingly, Plaintiff's counsel of record SHALL file a notice
10 of withdrawal in accordance with Local Rule 182(d).
11   IT IS SO ORDERED.
12   DATED:  March 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT